804 So.2d 1152 (2001)
Ex parte Gregory R. WYNN.
(Re Gregory Renard Wynn v. State).
1001040.
Supreme Court of Alabama.
June 1, 2001.
Fred Lawton III of Lawton & Associates, Anniston, for petitioner.
Bill Pryor, atty. gen., and Andy S. Poole, asst. atty. gen., for respondent.
Prior report: Ala.Crim.App., 804 So.2d 1122.
WOODALL, Justice.
WRIT DENIED.
MOORE, C.J., and SEE, LYONS, BROWN, JOHNSTONE, HARWOOD, and STUART, JJ., concur.
HOUSTON, J., concurs specially.
HOUSTON, Justice (concurring specially).
I concur to deny the writ. However, see my special writing concurring in the result in Ex parte Pressley, 770 So.2d 143, 150-51 (Ala.2000); and my special writing concurring in the judgment affirming as to the *1153 conviction, reversing as to the sentence, and remanding in Ex parte Burgess, [Ms. 1980810, July 21, 2000] ___ So.2d ___, ___ (Ala.2000).